## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Case No.: 09 – CR – 354 (EGS)** |
| **v.** | * | |
| | * | |
| **NGOZI POLE,** | * | |
| **Defendant.** | * | |
| | ooOoo | |

### SECOND CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE
### TO ALLOW TRAVEL TO NEW JERSEY AND OREGON

Ngozi Pole, by undersigned counsel, hereby respectfully requests that the Court modify the Conditions of Release to allow him to travel to New Jersey, where his sister resides for the weekend of July 20, 2012 and travel from there to surrender at FCI Sheridan in Oregon.

1.      At sentencing, the Court allowed Mr. Pole to remain on the same conditions of release as during the pretrial period except that the Court limited his travel to the D.C. area and indicated that Mr. Pole could seek approval of the Court to travel.  *See* Doc. 98.

2.      Mr. Pole has been ordered to report to FCI Sheridan in Oregon on July 27, 2012.

3.      Mr. Pole wishes to travel to New Jersey, where his sister resides, the weekend before his surrender date and travel from New Jersey to Oregon on July 23 or 24, in advance of his surrender date; he will be traveling to Oregon with one or more family members.

4.      Mr. Pole will provide the Office of Pretrial Services his contact information in New Jersey and the travel dates once he is able to make air reservations after the Court authorizes the requested ravel.

5.      Mr. Pole has complied with all conditions of release imposed by the Court.

6.      The government consents to Mr. Pole's travel request.

Wherefore, Mr. Pole respectfully requests permission from the Court to travel to New Jersey on July 20, 2012 and to travel to Oregon from New Jersey in advance of his surrender date.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant motion was served on all counsel of record via ECF this 3rd day of July, 2012 and via fax to Pretrial Services.

/s/ *Carmen D. Hernandez*
Carmen D. Hernandez